JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CRESTBROOK INSURANCE COMPANY, | Case No. 2:22-cv-00190 JFW (PVCx) |
| Plaintiffs, | Hon. John F. Walter |
| v. | **JUDGMENT** |
| DYLAN SELLERS and LILY SELLERS, | |
| Defendants. | |

# JUDGMENT

On Plaintiff, Crestbrook Insurance Company's, complaint against defendants, Dylan Sellers and Lily Sellers, the Court enter judgment as follows:

1. On the first cause of action for declaratory relief on the duty to defend, judgment is entered in favor of Crestbrook Insurance Company. Crestbrook policy PX00006272-07 issued to Dylan Sellers with effective dates 10/10/2020 to 10/10/2021 does not owe a duty to defend Dylan Sellers or Lily Sellers with regard to claims arising from the accident on July 21, 2021 involving the Volkswagen Jetta, including in the action *Siddharth Saravat v. Lily Sellers, Dylan Sellers, et al*, Los Angeles Superior Court Case No. 22STCV02029.

2. On the second cause of action for declaratory relief on the duty to indemnify, judgment is entered in favor of Crestbrook Insurance Company. Crestbrook policy PX00006272-07 issued to Dylan Sellers with effective dates 10/10/2020 to 10/10/2021 does not owe a duty to indemnify Dylan Sellers or Lily Sellers with regard to claims arising from the accident on July 21, 2021 involving the Volkswagen Jetta, including in the action *Siddharth Saravat v. Lily Sellers, Dylan Sellers, et al*, Los Angeles Superior Court Case No. 22STCV02029.

3. Plaintiff is granted costs of suit.

DATED: October 17, 2022

_____
JUDGE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

3380 101106 4893-4624-5416 .v1